IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHAFER,** | : | **CIVIL ACTION NO. 3:23-CV-1092** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT (2D CIR.) OF NEW YORK**, *et al.*, | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 2nd day of April, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction to the extent it seeks to challenge the legality of petitioner's criminal conviction or sentence.

2. The petition is DENIED in all other respects.

3. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania